```
Form 27 - GENERAL PURPOSE                                                        NI
                      LURIE DANIEL-FAVORS ESQ  LURIE DANIEL-FAVORS ESQ
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
-----------------------------------------------------------
DOMINIQUE SINDAYIGANZA                                      index No. 10 CV 8483
                                                   PLAINTIFF Date Filed
                                       - vs -
THE CITY OF NEW YORK ETAL
                                                  DEFENDANT  Office No.
                                                             Court Date.
-----------------------------------------------------------
              STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
```

**BRETT GOLUB** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **08TH** day of **MARCH, 2011 12:44PM** at
           **100 CHURCH ST. 4TH FL.**
           **NEW YORK NY 10007**
I served a true copy of the **SUMMONS AND COMPLAINT**,
upon **NEW YORK CITY POLICE DEPARTMENT**
**the DEFENDANT** therein named by delivering to, and leaving personally with
**DMITRIY ARONOV, CLERK AUTHORIZED TO ACCEPT**
a true copy of each thereof.
           Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

           SEX: **MALE**   COLOR: **WHITE**  HAIR: **GR/BALD**
           APP.AGE: **56** APP. HT: **5/8** APP. WT: **170**
           OTHER IDENTIFYING FEATURES
           **GLASSES**

COMMENTS:


Sworn to before me this
09TH day of MARCH, 2011


SAMSON NEWMAN
Notary Public, NEW YORK COUNTY                    _____
   01NE4783767                                    BRETT GOLUB 1239202
Qualified in NEW YORK COUNTY                      AETNA JUDICIAL SERVICE INC
Commission Expires 11/03/2013                     225 BROADWAY, SUITE 1802
                                                  NEW YORK, NY, 10007
                                                  Reference No: 9-LDF-131795