UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
**DOMINIQUE SINDAYIGANZA,**

                    **Plaintiff,**

      **-against-**

**THE CITY OF NEW YORK, ET AL.,**

                    **Defendants.**
------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

10 Civ. 8483 (RJH) (FM)

      **PLEASE TAKE NOTICE** that **Philip Sebastian Frank**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York.

Dated: New York, New York
       March 30, 2011

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel
                                        of the City of New York
                                    Attorney for Defendant City of New York
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 788-0893

                            By:       /s/
                                    Philip S. Frank
                                    Assistant Corporation Counsel
                                    Special Federal Litigation Division